```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20- 20CR00035 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF VERONICA DRAGALIN |
| v. | |
| MITCHELL ENGLANDER, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies <u>ex parte</u> for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendant) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//

   This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Veronica Dragalin.

| Dated: January 16, 2020 | Respectfully submitted, |
|---|---|
| | NICOLA T. HANNA<br>United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/ Veronica Dragalin<br>MACK E. JENKINS<br>VERONICA DRAGALIN<br>MELISSA MILLS<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**DECLARATION OF VERONICA DRAGALIN**

I, VERONICA DRAGALIN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. MITCHELL ENGLANDER</u>, the indictment in which is being presented to a federal grand jury in the Central District of California on January 16, 2020.

2. The defendant charged in the above-captioned indictment has not been taken into custody on the charges contained in the indictment and has not been informed that he is being named as a defendant in the indictment to be presented to the grand jury on January 16, 2020. The likelihood of apprehending defendant might be jeopardized if the indictment in this case were made publicly available before defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charges contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 16, 2020.

_____
VERONICA DRAGALIN

1